**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**James A. LIVERMAN, Jr.,
Defendant–Appellant.**

No. 02–4582.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 13, 2002.

Frank W. Dunham, Jr., Federal Public Defender, Walter B. Dalton, Assistant Federal Public Defender, Norfolk, Virginia, for Appellant. Paul J. McNulty, United States Attorney, Michael C. Moore, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILLIAM D. WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

After his conviction for being a felon in possession of ammunition in violation of 18 U.S.C. § 922(g) (2000), James A. Liverman, Jr., appeals the district court's order denying Liverman's motion to dismiss the indictment.* Liverman claims the indictment pursuant to § 922(g) violated his rights under the Commerce Clause. We have reviewed the record and find no reversible error. As the district court correctly concluded, Liverman's claim is foreclosed by our decisions in *United States v. Gallimore,* 247 F.3d 134 (4th Cir.2001), and *United States v. Wells,* 98 F.3d 808 (4th Cir.1996). It is well established that a panel of this court cannot overrule the decision of another panel. *United States v. Najjar,* 300 F.3d 466, 486 n. 8 (4th Cir.2002). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Although Liverman pled guilty, he reserved the right to appeal the district court's denial of his motion to dismiss the indictment.